People of the State of Illinois, Defendant in Error, v. Robert Carpenter, Plaintiff in Error.

Gen. No. 64–16. 

Fifth District.

May 29, 1964.

Robert Carpenter, pro se, of Menard, plaintiff in error; John M. Karns, Jr., State's Attorney, of Belleville (James H. Bandy, Assistant State's Attorney, of counsel), for defendant in error. Opinion by JUSTICE REYNOLDS. Not to be published in full.